# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **MANSFIELD OIL COMPANY OF GAINESVILLE, INC.** | **PLAINTIFF** |
| **V.** | **CAUSE NO. 3:19-CV-587-CWR-FKB** |
| **CAPITALA FINANCE CORP.,** *et al.* | **DEFENDANTS** |

## ORDER

Before the Court is the parties' Joint Motion to refer the above-captioned matter to the United States Bankruptcy Court for the Southern District of Mississippi, Northern Division, pursuant to 28 U.S.C. § 157. For the following reasons, the motion is granted.

A district court can refer "any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11" to the bankruptcy judges for the district. 28 U.S.C. § 157(a). A matter is considered "related to a case under title 11" if "the outcome of that proceeding could *conceivably* have any effect on the estate being administered in bankruptcy." *Matter of Wood*, 825 F.2d 90, 93 (5th Cir. 1987) (emphasis in original) (citation omitted).

Here, Plaintiff Mansfield Oil Company of Gainesville, Inc. filed this matter against the defendants for their alleged part in Mansfield's failed business partnership with On-Site Fuel Service, Inc. On May 24, 2019, U.S. Bankruptcy Judge Neil P. Olack entered an order placing On-Site into Chapter 7 bankruptcy after Mansfield filed an involuntary bankruptcy petition against the company in October 2018. *See In re On-Site Fuel Service, Inc.*, No. 18-4196-NPO, Docket No. 161 (Bankr. S.D. Miss. Oct. 30, 2018). Judge Olack also approved the Trustee's motion for employment of special counsel to pursue equitable and tort theories for the estate. *In re On-Site Fuel Service, Inc.*, No. 18-4196-NPO, Docket No. 287 (Bankr. S.D. Miss. Nov. 27,

2019). This matter is related to the ongoing title 11 matter because Mansfield's claims will likely overlap with those brought by the Trustee's special counsel.

Accordingly, and pursuant to 28 U.S.C. § 157(c)(2) and the parties' consent, the above-captioned civil action is hereby referred to the United States Bankruptcy Court for the Southern District of Mississippi, Northern Division, to conduct all proceedings and to order the entry of a final judgment subject to review under 28 U.S.C. § 158.

**SO ORDERED**, this the 16th day of December, 2019.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE